# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2999
LT Case No. 05-2014-CF-046788-A

_____

JOSEPH H. MILMAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Aaron J. Peacock, Acting Circuit Judge.

Joseph Milman, Milton, pro se.

No Appearance for Appellee.

December 17, 2024

PER CURIAM.

AFFIRMED. *See Maye v. State*, 368 So. 3d 531, 532 (Fla. 6th DCA 2023), *review granted*, SC2023-1184, 2024 WL 1796831 (Fla. Apr. 25, 2024); *Simmons v. State*, 332 So. 3d 1129, 1131 (Fla. 5th DCA 2022).

EDWARDS, C.J., MAKAR and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____